IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 9 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-00801-PAB

KEITH TRUMAN,

    Plaintiff,

v.

BRANNAN SAND [AND] GRAVEL CO.,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED April 15, 2010.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00801-PAB-KLM

Keith Truman
3269 Ivy St.
Denver, CO 80207

US Marshal Service
Service Clerk
Service forms for: Brannan Sand and Gravel CO.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Brannan Sand and Gravel CO: TITLE VII COMPLAINT FILED 04/08/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/19/10.

                                          GREGORY C. LANGHAM, CLERK

                                          By:_____
                                                        Deputy Clerk