IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00801-PAB-KLM

KEITH TRUMAN,

    Plaintiff,

v.

BRANNAN SAND GRAVEL CO.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend Complaint** [Docket No. 32; Filed November 23, 2010] (the "Motion"). The Motion does not contain any indication that the moving party conferred with the opposing party, nor does it provide the opposing party's position on the relief requested as required by D.C.COLO.LCivR 7.1A. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. All motions must comply with the Local Rules. In addition, the Court reminds Plaintiff of his obligation pursuant to the District Judge's Order dated November 16, 2010 to move for trial by a jury pursuant to Fed. R. Civ. P. 39(b) on or before November 29, 2010. *See Order* [#29] at 2-3.

    Dated: November 29, 2010