IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00801-PAB-KLM

KEITH TRUMAN,

    Plaintiff,

v.

BRANNAN SAND GRAVEL CO.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Protective Order** [Docket No. 36; Filed December 15, 2010] (the "Motion"). On November 22, 2010, the Court directed the parties to work together to prepare a joint protective order [Docket No. 31]. Defendant represents that Plaintiff has failed to do so and has submitted a proposed protective order for approval without Plaintiff's input.

    IT IS HEREBY **ORDERED** that the Motion is **HELD IN ABEYANCE**. On or before December 23, 2010, the parties shall conference together and contact the Court on a single line at **(303) 335-2770** to resolve the dispute.

    Dated: December 17, 2010