IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00801-PAB-KLM

KEITH TRUMAN,

    Plaintiff,

v.

BRANNAN SAND GRAVEL CO.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion to Withdraw Motion for Protective Order and to Submit Stipulated Protective Order** [Docket No. 39; Filed December 21, 2010] (the "Motion"). On December 17, 2010, the Court directed the parties to contact the Court to resolve their dispute at issue in Motion No. 36 [Docket No. 38]. Defendant now informs the Court that the parties have resolved their dispute. As such, Defendant seeks to withdraw Motion No. 36 and requests that the Court approve the parties' proposed Protective Order.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Motion No. 36 is deemed to be **withdrawn**. The Clerk shall terminate it as a pending motion.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an Order of the Court, with interlineations, as of today's date.

Dated: December 22, 2010