IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00801-PAB-KLM

KEITH TRUMAN,

    Plaintiff,

v.

BRANNAN SAND [AND] GRAVEL CO.,

    Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a three-day trial to the Court on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **December 5, 2011 at 8:30 a.m.**

A Trial Preparation Conference is set for **November 22, 2011 at 1:30 p.m.** Counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    sequestration of witnesses;

    2)    timing of presentation of witnesses and evidence;

    3)    anticipated evidentiary issues;

    4)    any stipulations as to fact; and

    5)    any other issue affecting the duration or course of the trial.

DATED June 1, 2011.

                                 BY THE COURT:

                                 s/Philip A. Brimmer
                                 PHILIP A. BRIMMER
                                 United States District Judge