IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

---

| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 5, 2011 |
| Court Reporter: Janet Coppock | Time: 5 minutes |

---

**CASE NO. 10-cv-00801-PAB-KLM**

| Parties | Counsel |
|---|---|
| **KEITH TRUMAN,** | Mary Ewing |
| Plaintiff (s), | |
| vs. | |
| **BRANNON SAND AND GRAVEL CO.,** | Michael Sandstrum |
| Defendant (s). | |

---

### HEARING ON MOTION TO WITHDRAW

---

**2:35 p.m.**   **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiff Keith Truman is also present.

**Motion to Withdraw (Doc #80), filed 9/27/11**

**ORDERED:** Defendant's Objection and Motion to Strike Plaintiff's September 15, 2011 Letter (Doc #83), filed 9/30/11, is **DENIED**.

The record should reflect that Mr. Truman has received Ms. Ewing's Notice of Withdrawal.

Court inquires as to what efforts have been made to retain new counsel.

Comments by Mr. Truman.

Court stresses the importance of Mr. Truman's obligations to comply with the scheduled Court dates and Court orders.

**ORDERED:** Motion to Withdraw (Doc #80), filed 9/27/11, is **DENIED.**

**2:40 p.m.     COURT IN RECESS**

**Total in court time:        5 minutes**

**Hearing concluded**